IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2006 MAY 23 PM 1:37
CLERK _____
SO. DIST. OF GA.

JAMES FREDRICK SMITH, JR.,

    Plaintiff,

vs.

F. HENDERSON; DANNY BENNETT,
and MILTON SMITH, Individually and
in their official capacities,

    Defendants.

CIVIL ACTION NO.: CV506-003

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants Bennett and M. Smith are **DISMISSED**, pursuant to 28 U.S.C.A. §§ 1915 (e)(2)(B)(ii) and 1915A(b).

**SO ORDERED**, this 23rd day of May, 2006.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)