**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 JAN 17 AM 11: 04

CLERK_____
SO. DIST. OF GA.

JAMES FREDRICK SMITH, JR.,

    Plaintiff,

vs.

F. HENDERSON,

    Defendant.

CIVIL ACTION NO.: CV506-003

## ORDER

After an independent review of the record, the Court concurs with the Report and Recommendation of the Magistrate Judge, to which Plaintiff has filed Objections. In his Objections, Plaintiff recounts the factual contentions of his Complaint. He does not, however, present any evidence to overcome Defendant's Motion for Summary Judgment.

Regarding his First Amendment retaliation claim, Plaintiff has presented no evidence creating a factual dispute that Defendant had a retaliatory motive in destroying the book in question. Defendant offers her sworn statement that Plaintiff filed a grievance against her only *after* she destroyed the book, (Def.'s Ex. A, pp. 4-5), and Plaintiff did not dispute this claim in any of his responsive pleadings. Plaintiff contends that the Magistrate Judge's recommendation of dismissal on this point is "completely inappropriate and erroneous," yet he offers nothing creating a genuine issue of material fact as to Defendant's motive. Thus, because Plaintiff has failed to offer any affirmative evidence from which a jury could find that Defendant had any illegal motive guiding her to destroy the book, Defendant is entitled to summary judgment on Plaintiff's retaliation claim.

AO 72A
(Rev. 8/82)

Furthermore, Plaintiff has come forward with no evidence of any "actual injury" resulting from the alleged denial of access to the courts. In order to prove "actual injury," a plaintiff must show that the defendant's actions actually hindered the ability to pursue a nonfrivolous claim attacking a sentence, directly or collaterally, or challenging conditions of confinement. Jackson v. State Bd. of Pardons & Paroles, 331 F.3d 790, 797 (11th Cir. 2003); Lewis v. Casey, 518 U.S. 343, 355, 116 S. Ct. 2174, 2182, 135 L. Ed. 2d 606 (1996). Plaintiff fails to offer any evidence of this essential element of an access to courts claim; therefore, Defendant is entitled to summary judgment on that claim.

Accordingly, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Defendant's Motion for Summary Judgment (Doc. No. 20) is hereby **GRANTED** and Plaintiff's claims are hereby **DISMISSED**.

SO ORDERED, this 17th day of January, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)